IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:08-cv-0847-MEF |
| | ) | |
| MONTGOMERY COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

On  February 5, 2009, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for lack of prosecution.

3.  The Motion to Dismiss (Doc. #6) and Montgomery County Board of Education's Motion to Dismiss (Doc. #8) are DENIED as moot.

4.  Any other outstanding motions are DENIED as moot.

DONE this the 24th day of February, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE